UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN CHAMBER
OF COMMERCE, et al.,

    Plaintiffs,

Case No. 1:10-cv-664

v.

HONORABLE PAUL L. MALONEY

TERRI LYNN LAND,

    Defendant.
_____/

## **JUDGMENT**

Pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of plaintiffs and against defendant.

Date: August 31, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge